**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00313-CV**

_____

**IN THE ESTATE OF MARY ELLEN PELTIER**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 52804**

**MEMORANDUM OPINION**

The appellant, Syd Otey, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered April 11, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.